In the Matter of Judgment Moneys Recovered in Action of COUNT W. WEEKS *v.* E. HOLLOWAY COE, as Executor of E. FRANK COE, Deceased.

OAKLEY WEEKS, Appellant; HENRY M. WHITEHEAD, Respondent.

*Matter of Weeks* v. *Coe*, 112 App. Div. 888, appeal dismissed.
(Argued October 1, 1906; decided October 16, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered

March 2, 1906, which reversed an order of Special Term requiring the respondent herein to deposit in a certain trust company moneys received by him in the above-entitled action, of which he was attorney for the plaintiff.

*A. P. Bachman* for appellant.

*Thaddeus D. Kenneson* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.